FILED:  July 10, 2014

# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

_____

No. 14-1390
(A072-377-892)

_____

LUIS MIGUEL RAMIREZ-MOZ

   Petitioner

v.

ERIC H. HOLDER, JR., Attorney General

   Respondent

_____

O R D E R

_____

The court grants an extension of the briefing schedule as follows:

Appendix due: 08/13/2014

Opening brief due: 08/13/2014

Response brief due: 09/15/2014

Any reply brief: 14 days from service of response brief.

   For the Court--By Direction

   /s/ Patricia S. Connor, Clerk