FILED: July 23, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-1390
(A072-377-892)
_____

LUIS MIGUEL RAMIREZ-MOZ,

    Petitioner,

v.

ERIC H. HOLDER, JR., Attorney General,

    Respondent.

_____

O R D E R
_____

Upon consideration of submissions relative to the motion for stay of removal pending appeal, the court grants the motion.

Entered at the direction of the panel: Judge King, Judge Gregory and Judge Agee.

For the Court

/s/ Patricia S. Connor, Clerk